<u>**NOT FOR PUBLICATION**</u>                                                                                   (Doc. No. 13)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY, :  :  :  Plaintiff,  :  :  v.  :  :  NICHOLAS H. NIGRO, III and PATRICK MULDER, individually and as the executor of the Estate of Paula Mulder,  :  :  Defendants.  : | Civil No. 09-6533 (RBK/AMD)  **ORDER** |

**THIS MATTER** having come before the Court upon the motion by Plaintiff Reliance Standard Life Insurance Company ("Reliance") for entry of a final decree of interpleader; and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion for entry of a final decree of interpleader is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff is dismissed from this action.

Date:  March 21, 2011                                                      /s/ Robert B. Kugler
                                                                                          ROBERT B. KUGLER
                                                                                          United States District Judge