NOT FOR PUBLICATION                                                                                         (Doc. No. 13)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | : | |
| Plaintiff/Stakeholder, | : | Civil No. 09-6533 (RBK) |
| v. | : | **ORDER GRANTING MOTION TO DEPOSIT SUM OF MONEY WITH THE COURT** |
| NICHOLAS H. NIGRO, III and PATRICK MULDER, individually and as the executor of the Estate of Paula Mulder, | : | |
| Defendants/Claimants. | : | |

**THIS MATTER** having come before the Court upon the Plaintiff's Motion to Deposit Sum of Money with the Court pursuant to Federal Rule of Civil Procedure 67 and Local Rule of Civil Procedure 67.1, and the Court having considered the motion;

**NOW, THEREFORE**, it is on this 21st day of March, 2011;

**ORDERED** that the Motion to Deposit Sum of Money with the Court shall be, and is hereby, granted; and it is

**FURTHER ORDERED** that such sum, to wit; forty-eight thousand dollars, be deposited by the Clerk into the Registry of this Court and then, as soon as the business of his or her office allows, the Clerk shall deposit these funds into the interest-bearing Court Registry Investment System (C.R.I.S) administered by the Clerk of the United States District Court for the Southern District of Texas as Custodian, pursuant to Local Civil Rule 67.1(a)(2); and it is

**FURTHER ORDERED** that sum of money so invested in the interest-bearing C.R.I.S. fund shall remain on deposit until further order of this Court at which time the funds, together

with interest thereon, shall be retrieved by the Clerk and redeposited into the non-interest-bearing Registry of the Court for disposition pursuant to the further order of the Court; and it is

**FURTHER ORDERED** that the Custodian deduct a miscellaneous schedule fee for the handling of registry funds, as authorized by the Judicial Conference of the United States and the Standing Order of this Court dated June 30, 1989, as amended November 30, 1990, of 10% of the income earned on this account and each subsequent deposit of new principal so deposited while invested in the C.R.I.S.; and it is

**FURTHER ORDERED** that a certified copy of this Order shall be by Plaintiff served upon the Clerk of this Court, the Chief Deputy Clerk, or upon the Chief Financial Deputy Clerk.

Date: March 21, 2011                                    /s/ Robert B. Kugler
                                                                                          ROBERT B. KUGLER
                                                                                          United States District Judge