IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | : | |
|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | Civil No. 09-6533 (RBK/AMD) |
| v. | : : | **ORDER** |
| NICHOLAS H. NIGRO, III, et al., | : : : | |
| Defendant. | : : | |
| PATRICK MULDER, | : : : | |
| Cross-Claimant, | : : | |
| v. | : : | |
| NICHOLAS H. NIGRO, III, | : : : | |
| Defendant. | : : | |

**THIS MATTER** having come before the Court on the unopposed motion by Cross-Claimant Patrick Mulder for summary judgment pursuant to Federal Rule of Civil Procedure 56(a), and the Court having considered the moving papers, attached exhibits, and Defendant's letter, and for the reasons expressed in the Opinion of this date;

**IT IS HEREBY ORDERED** that Cross-Claimant's motion for summary judgment is **GRANTED**, and Cross-Claimant shall receive the $48,000.00 deposited by Reliance Standard Life Insurance Company with this Court on March 29, 2011 (Doc. Nos. 17, 18), together with

any interest accrued less any fees due.  The case is **DISMISSED** and the Clerk is accordingly instructed to close the file.

Dated:  2/23/2012                                                                     /s/ Robert B. Kugler
                                                        ROBERT B. KUGLER
                                                       United States District Judge